**1**
Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive #127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 24-24597-A-13C |
| Spikes, Ayanna U.<br>　SS#XXX-XX-7529 | DOCKET CONTROL #: DPC-1<br>DATE: December 17, 2024<br>TIME:　9:00 a.m.<br>DEPT#: A　Courtroom 28 |
| 　　　　　Debtor　　**/** | Honorable Judge Clement |

**REPLY TO THE TRUSTEE'S OBJECTION TO CONFIRMATION**

　　COME NOW DEBTOR, Ayanna U. Spikes, by and through heR attorney of record, Peter G. Macaluso, and replies to the Objection to Confirmation filed by the Trustee.

　　Debtor responds and states that she agrees with the Trustee's assessment that the Plan is not confirmable and will file, set and serve an amended Plan that addressees the Trustee's concerns.

　　WHEREFORE, the Objection should be sustained.

Dated: December 9, 2024　　　　　　/s/ Peter G. Macaluso
　　　　　　　　　　　　　　　Peter G. Macaluso, Attorney at Law

-1-