**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Ayanna Umeka Spikes,<br>        Debtor. | ) Case No. 24-24597 - A - 13<br>) Docket Control No. DPC-1<br>) Document No. 19<br>) Date: 12/17/2024<br>) Time: 9:00 AM<br>) Dept: A |

**Order**

Findings of fact and conclusions of law are stated in the civil minutes for the hearing.

The trustee's objection to confirmation has been presented to the court. Having considered the objection, oppositions, responses, and replies, if any, and having heard oral argument presented at the hearing,

IT IS ORDERED that the objection is sustained.

Dated: December 19, 2024

_____
Fredrick E. Clement
United States Bankruptcy Judge

[19] - Objection to Confirmation of Plan by David P. Cusick [DPC-1] Filed by Trustee David Cusick (vrof)