**2**

DAVID P. CUSICK, #160467, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
KRISTEN A. KOO, #230856, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 24-24597-A-13C |
| | ) | DCN: DPC-2 |
| | ) | |
| AYANNA UMEKA SPIKES, | ) | TRUSTEE'S OBJECTION TO |
| | ) | DEBTORS DISCHARGE UNDER |
| | ) | 11 U.S.C. §1328(f) |
| | ) | |
| | ) | DATE: FEBRUARY 19, 2025 |
| | ) | TIME: 9:00 A.M. |
| | ) | JUDGE: CLEMENT |
| Debtor ) | COURTROOM: 28, 7TH FLOOR |

DAVID P. CUSICK, STANDING CHAPTER 13 TRUSTEE, hereby moves the Court for an Order determining that Debtor(s) are not entitled to a discharge in this case:

**<u>DEBTOR MAY NOT BE ENTITLED TO A DISCHARGE IN THIS CASE:</u>**

Debtor filed a prior Chapter 13 on 6/15/2023, converted it to a Chapter 7 bankruptcy case on 9/12/2023, (case #23-21965) and received a discharge in that case on 12/7/2023 pursuant to 11 U.S.C. § 727;

1

Debtor subsequently filed the above referenced case under Chapter 13 on 10/12/2024

Pursuant to 11 U.S.C. §1328(f)(1), Debtor(s) are not eligible to receive a discharge in this case as they received a discharge in a case filed under Chapter 7 during the four-year period preceding the date of the order for relief in this case or a Chapter 13 filed in the two-year period prior to the current case.  FRBP 4004(a) appears to allow a motion to be filed under 11 U.S.C. §1328(f)(1) to object to the discharge for this limited reason.

WHEREFORE, the Trustee asks that the Court enter an Order providing that upon successful completion of this case, the case shall be closed without the entry of a discharge and Debtor shall receive no discharge in case #24-24597

Dated: 1/21/2025           /s/ Neil Enmark
                           Neil Enmark, Attorney for Trustee