2

DAVID P. CUSICK, #160467 TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
KRISTEN A. KOO, #230856, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No: 24-24597-A-13C |
| | DCN: PGM-1 |
| AYANNA UMEKA SPIKES, | TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO CONFIRM CHAPTER 13 PLAN |
| | DATE: 4/15/2025 |
| | TIME: 9:00 A.M. |
| | JUDGE: CLEMENT |
| Debtors | COURTROOM: 28, 7TH FLOOR |

DAVID P. CUSICK, TRUSTEE, objects to confirmation of the Debtor's Plan and does not recommend its confirmation.

1. **FEASIBILITY**.  Debtor cannot make the Plan payments, does not appear to be able to comply with the Plan or to have the ability to make the Plan payments and has failed to carry the burden of showing that the Plan complies with applicable law under U.S.C. §1325(a)(1) & (6).

    A. **FAILS LIQUIDATION:** The plan does not comply with 11 U.S.C §1325(a)(4) as the unsecured creditors would receive a higher distribution in a chapter 7 proceeding.

1

According to Schedules A/B and C, the total value of non-exempt property in the estate is $105,770.00. The non-exempt assets consist of bank accounts, utility deposits, copyrights, and a claim against a third party. The total amount that will be paid to unsecured creditors is $0.00 or 0%. The non-governmental bar date for this case passed on 12/23/2024 and the governmental bar date will have passed by the date of this hearing (it is 4/10/2025). Total unsecured claims that were timely filed in this case total $63,482.38 so the plan will need to 100% to the unsecured creditors to pass the liquidation test.

B. **FAILURE TO FILE EVIDENCE IN SUPPORT OF THE MOTION:** The Debtor's motion and declaration both state that the Debtor filed Exhibits in support of the motion to confirm. However, no exhibits were filed with the court. The Debtor has the burden of proof to provide the Court with evidence to support their motion to confirm. The Trustee cannot recommend confirmation with an incomplete motion that is not sufficiently supported by evidence.

WHEREFORE the movant requests that the Court enter an order denying the Debtor's Plan.

Dated: 3/31/2025 /s/ Kristen Koo
Kristen Koo, Attorney for Trustee