```
1
Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive #127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtor
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 24-24597-A-13C |
| Spikes, Ayanna U.<br>  SS#XXX-XX-7529 | DOCKET CONTROL #: PGM-1<br>DATE:  April 15, 2025<br>TIME:  9:00 a.m.<br>DEPT#: A  Courtroom 28 |
| _____Debtor_____/ | Honorable Judge Clement |

**REPLY OF DEBTOR TO OBJECTION TO CONFIRMATION**

COMES NOW DEBTOR, Ayanna U. Spikes, by and through her attorney of record, Peter G. Macaluso, and replies to the Objection to Confirmation filed by the Chapter 13 Trustee. Debtor responds as follows:

The unsecured claims encompass student loans that Counsel is informed and believes are in deferment and should be classed as Class 4.

The failure to include the Exhibit was inadvertent.

AS SUCH, the plan as proposed is not ready for confirmation.

Dated: April 8, 2025              /s/ Peter G. Macaluso
                           Peter G. Macaluso, Attorney at Law

-1-